NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1503, -1567

### AMERICAN CALCAR, INC.

Plaintiff-Appellant,

v.

### AMERICAN HONDA MOTOR CO., INC.
### and HONDA OF AMERICA MANUFACTURING, INC.,

Defendants-Cross Appellants.

Appeals from the United States District Court for the Southern District of California in case no. 06-CV-02433, Judge Dana M. Sabraw.

ON MOTION

ORDER

The parties move for an extension of time, until March 12, 2010, for American Calcar, Inc. to file its reply brief, and an extension of time, until April 15, 2010, for American Honda Motor Co., Inc. and Honda of America Manufacturing, Inc. to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Gary M. Butter, Esq.
      John T. Johnson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 5 2010

JAN HORBALY
CLERK